## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

_____ x

EMIGRANT BUSINESS CREDIT
CORPORATION,

                Plaintiff,

v.

JOHN ARTHUR HANRATTY, EBURY
STREET CAPITAL, LLC, EBURY
FUND 1, LP, EBURY FUND 2, LP, EBURY
1EMI, LLC, EBURY 2EMI LLC,
EB 1EMIALA, LLC, EB 2EMIALA LLC,
EB 1EMIFL, LLC, EB 2EMIFL, LLC,
EB 1EMIIN, LLC, EB 2EMIIN, LLC,
EB 1EMIMD, LLC, EB 2EMIMD, LLC,
EB 1EMINJ, LLC, EB 2EMINJ, LLC,
EB 1EMINY, LLC, EB 2EMINY, LLC,
EB 1EMISC, LLC, EB 2EMISC, LLC,
RE 1EMI LLC, RE 2EMI, LLC,
EB 1EMIDC, LLC, ARQUE TAX RECEIVABLE
FUND (MARYLAND), LLC, EBURY FUND
1FL, LLC, EBURY FUND 2FL, LLC, EBURY
FUND 1NJ, LLC, EBURY FUND 2NJ, LLC,
RED CLOVER 1, LLC, EBURY RE LLC,
and XYZ, CORPS. 1-10,

                Defendants.

Case No. 1:24-cv-06111
(removed from the Supreme Court for
the State of New York, New York
County, Index No. 158207/2022)

_____ x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1.1, Defendants make the following disclosure:

1.      Ebury Street Capital, LLC is a New York limited liability company whose subsidiary companies are Ebury Fund 1, LP and Ebury Fund 2, LP. Ebury Street Capital, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

2.      Ebury Fund 1, LP is a Delaware limited partnership whose parent company is Ebury Street Capital, LLC. Ebury Fund 1, LP has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

3.      Ebury Fund 2, LP is a Delaware limited partnership whose parent company is Ebury Street Capital, LLC. Ebury Fund 2, LP has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

4.      Ebury 1EMI, LLC is a New York limited liability company whose parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. Ebury 1EMI, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

5.      Ebury 2EMI, LLC is a New York limited liability company whose parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. Ebury 2EMI, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

6.      EB 1EMI ALA, LLC is an Alabama limited liability company whose parent company is Ebury 1 EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI ALA, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

7.      EB 2EMI ALA, LLC is an Alabama limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI ALA, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

8.      EB 1EMI FL, LLC is a Florida limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of

Ebury Street Capital, LLC. EB 1EMI FL, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

9.    EB 2EMI FL, LLC is a Florida limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI FL, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

10.    EB 1EMI IN, LLC is an Indiana limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI IN, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

11.    EB 2EMI IN, LLC is an Indiana limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI IN, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

12.    EB 1EMI MD, LLC is a New York limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI MD, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

13.    EB 2EMI MD, LLC is a Maryland limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI MD, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

14.     EB 1EMI NJ, LLC is a New Jersey limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI NJ, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

15.     EB 2EMI NJ, LLC is a New Jersey limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI NJ, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

16.     Ebury 1EMI NY, LLC is a New York limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI NY, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

17.     Ebury 2EMI NY, LLC is a New York limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. EB 2EMI NY, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

18.     Ebury 1EMI SC, LLC is a South Carolina limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI SC, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

19.     Ebury 2EMI SC, LLC is a South Carolina limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 2, LP, a

subsidiary of Ebury Street Capital, LLC. EB 2EMI SC, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

20.     RE 1EMI, LLC is a New York limited liability company whose parent company is Ebury 1EMI, LLC. RE 1EMI, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

21.     RE 2EMI, LLC is a New York limited liability company whose parent company is Ebury 2EMI, LLC. RE 2EMI, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

22.     Ebury 1EMI DC, LLC is a New York limited liability company whose parent company is Ebury 1EMI, LLC. Ebury 1EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. EB 1EMI DC, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

23.     Arque Tax Receivable Fund (Maryland), LLC is a Maryland limited liability company whose parent company is EB1CI Fix, LLC, a subsidiary of Ebury Fund 1CI, LLC. Ebury Fund 1CI, LLC is a subsidiary of Ebury Fund 1, LP, which is in turn a subsidiary of Ebury Street Capital, LLC. Arque Tax Receivable Fund (Maryland), LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

24.     Ebury Fund 1FL, LLC is a Florida limited liability company whose parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. Ebury Fund 1FL, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

25.     Ebury Fund 2FL, LLC is a Florida limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of

Ebury Street Capital, LLC. Ebury Fund 2FL, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

26.    Ebury Fund 1NJ, LLC is a New Jersey limited liability company whose parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. Ebury Fund 1NJ, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

27.    Ebury Fund 2NJ, LLC is a New Jersey limited liability company whose parent company is Ebury 2EMI, LLC. Ebury 2EMI, LLC's parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. Ebury Fund 2NJ, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

28.    Red Clover 1, LLC is a Delaware limited liability company whose parent company is Ebury Fund 1, LP, a subsidiary of Ebury Street Capital, LLC. Red Clover 1, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

29.    Ebury RE, LLC is a New York limited liability company whose parent company is Ebury Fund 2, LP, a subsidiary of Ebury Street Capital, LLC. Ebury RE, LLC has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Respectfully submitted,

GUSRAE KAPLAN NUSBAUM PLLC

/s/ Kari Parks
Kari Parks
120 Wall Street, 25th Floor
New York, New York 10005
(212) 269-1400
kparks@gusraekaplan.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy of the foregoing was served upon the following by electronic mail:

Alexander J. Willscher
Austin P. Mayron
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
Email: willschera@sullcrom.com