# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMIGRANT BUSINESS CREDIT CORPORATION,<br><br>              Plaintiff,<br>v.<br><br>JOHN ARTHUR HANRATTY, EBURY STREET CAPITAL, LLC, EBURY FUND 1, LP, EBURY FUND 2, LP, EBURY 1EMI, LLC, EBURY 2EMI LLC, EB 1EMIALA, LLC, EB 2EMIALA LLC, EB 1EMIFL, LLC, EB 2EMIFL, LLC, EB 1EMIIN, LLC, EB 2EMIIN, LLC, EB 1EMIMD, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 2EMINJ, LLC, EB 1EMINY, LLC, EB 2EMINY, LLC, EB 1EMISC, LLC, EB 2EMISC, LLC, RE 1EMI LLC, RE 2EMI, LLC, EB 1EMIDC, LLC, ARQUE TAX RECEIVABLE FUND (MARYLAND), LLC, EBURY FUND 1FL, LLC, EBURY FUND 2FL, LLC, EBURY FUND 1NJ, LLC, EBURY FUND 2NJ, LLC, RED CLOVER 1, LLC, EBURY RE LLC, and XYZ, CORPS. 1-10,<br><br>              Defendants. | Case No. 1:34-cv-06111<br>(removed from the Supreme Court of the State of New York, New York County, Index No. 158207/2022) |

## DEFENDANTS' NOTICE OF MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated August 12, 2024, the Movants[1], through undersigned counsel, shall move this Court for an Order granting Movants' motion to transfer this case to the United States Bankruptcy Court for the Middle District

---

[1] Defendants Ebury Street Capital, LLC; EB 1EMI ALA, LLC; EB 2EMI ALA, LLC; Ebury Fund 1NJ, LLC; Ebury Fund 1, LP; Ebury Fund 2, LP; Red Clover 1, LLC; Ebury RE, LLC; Ebury 1EMI, LLC; Ebury 2EMI, LLC; EB 2EMI MD, LLC; EB 1EMI NJ, LLC; EB 1EMI NY, LLC; and EB 2EMI NY, LLC; John Arthur Hanratty; EB 2EMI FL, LLC; EB 2EMI FL, LLC; EB 1EMI IN, LLC; EB 2EMI IN, LLC; EB 1EMI MD, LLC; EB 2EMI NJ, LLC; EB 1EMI MISC, LLC; EB 2EMI MISC, LLC; RE 1EMI, LLC; RE 2EMI, LLC; EB 1EMI DC, LLC; Arque Tax Receivable Fund (Maryland), LLC; Ebury Fund 1FL, LLC; Ebury Fund 2FL, LLC; and Ebury Fund 2NJ, LLC

of Alabama, Northern Division, pursuant to 28 U.S.C. §§ 157, 1334, and 1409, and Federal Rule of Bankruptcy Procedure 1014.

        Respectfully submitted,

        GUSRAE KAPLAN NUSBAUM PLLC

        /s/ Kari Parks
        Kari Parks
        120 Wall Street, 25th Floor
        New York, New York 10005
        (212) 269-1400
        kparks@gusraekaplan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that a copy of the foregoing was served upon the following by electronic mail:

    Alexander J. Willscher
    Austin P. Mayron
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Fax: (212) 558-3588
    Email: willschera@sullcrom.com