# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EMIGRANT BUSINESS CREDIT CORPORATION, <br><br> Plaintiff, <br> v. <br><br> JOHN ARTHUR HANRATTY, EBURY STREET CAPITAL, LLC, EBURY FUND 1, LP, EBURY FUND 2, LP, EBURY 1EMI, LLC, EBURY 2EMI LLC, EB 1EMIALA, LLC, EB 2EMIALA LLC, EB 1EMIFL, LLC, EB 2EMIFL, LLC, EB 1EMIIN, LLC, EB 2EMIIN, LLC, EB 1EMIMD, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 2EMINJ, LLC, EB 1EMINY, LLC, EB 2EMINY, LLC, EB 1EMISC, LLC, EB 2EMISC, LLC, RE 1EMI LLC, RE 2EMI, LLC, EB 1EMIDC, LLC, ARQUE TAX RECEIVABLE FUND (MARYLAND), LLC, EBURY FUND 1FL, LLC, EBURY FUND 2FL, LLC, EBURY FUND 1NJ, LLC, EBURY FUND 2NJ, LLC, RED CLOVER 1, LLC, EBURY RE LLC, and XYZ, CORPS. 1-10, <br><br> Defendants. | Case No. 1:24-cv-06111 <br> (removed from the Supreme Court of the State of New York, New York County, Index No. 158207/2022) |

**ORDER TRANSFERRING FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK TO THE
UNITED STATES BANKRUPTCY COURT FOR THE
<u>MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION</u>**

Upon consideration of the Motion of John Hanratty, et al. ("Movants") for entry of an order, pursuant to Rule 1014 of the Federal Rules of Bankruptcy Procedure, transferring venue of this case to the Northern Division of the United States Bankruptcy Court for the Middle District of Alabama; and upon consideration of the pleadings of record, the arguments and representation of counsel; and it appearing that the relief requested in the Motion is necessary and appropriate

under the circumstances; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Bankruptcy Case is proper in the Middle District of Alabama pursuant to 28 U.S.C. §§ 1408 and 1409 and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that adequate and proper notice of the Motion has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED, as set forth herein:

    a. The above-captioned case is transferred from the United States District Court for the Southern District of New York to the United States Bankruptcy Court for the Middle District of Alabama, Northern Division.

    b. Unless otherwise ordered, all proceedings and hearings in this case shall be held at the United States Bankruptcy Court, Middle District, Northern Division of Alabama, One Church Street Montgomery, Alabama 36104.

    c. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    d. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order.

**Dated: August _____, 2024**

_____
**UNITED STATES DISTRICT JUDGE**

19562344.v1