# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24-cv-06111-JGK
### Internal Use Only

Emigrant Business Credit Corporation v. Hanratty et al  
Assigned to: Judge John G. Koeltl  
Cause: 11:101 Bankruptcy  

Date Filed: 08/12/2024  
Date Terminated: 08/13/2024  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Emigrant Business Credit Corporation**

V.

**Defendant**

**John Arthur Hanratty**  represented by  **Kari Parks**
Gusrae, Kaplan, Nusbaum, PLLC
120 Wall Street
New York, NY 10005
212-269-1400
Email: kparks@gusraekaplan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Street Capital, LLC**  represented by  **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 1, LP**  represented by  **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 2, LP**  represented by  **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury 1EMI, LLC**  represented by  **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury 2EMI, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMIALA, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMIALA, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMIFL, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMIFL, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMIIN, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMIIN, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMIMD, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMIMD, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMINJ, LLC**  represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMINJ, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMINY, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMINY, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMISC, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 2EMISC, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RE 1EMI, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RE 2EMI, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EB 1EMIDC, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arque Tax Receivable Fund (Maryland), LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 1FL, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 2FL, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 1NJ, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury Fund 2NJ, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Red Clover 1, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebury RE, LLC**     represented by **Kari Parks**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/12/2024 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 158207/2022. (Filing Fee $ 405.00, Receipt Number ANYSDC-29739830).Document filed by EB 2EMIFL, LLC, EB 2EMISC, LLC, Ebury 2EMI, LLC, Ebury Fund 1FL, LLC, John Arthur Hanratty, EB 2EMINJ, LLC, RE 1EMI, LLC, EB 1EMINY, LLC, Red Clover 1, LLC, RE 2EMI, LLC, EB 2EMIIN, LLC, EB 1EMINJ, LLC, Ebury Fund 2NJ, LLC, Ebury Fund 2FL, LLC, Ebury 1EMI, LLC, Arque Tax Receivable Fund (Maryland), LLC, Ebury Fund 1NJ, LLC, Ebury Street Capital, LLC, EB 2EMIALA, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMISC, LLC, EB 2EMIMD, LLC, EB 1EMIALA, LLC, Ebury Fund 1, LP, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 2EMINY, LLC, Ebury RE, LLC, Ebury Fund 2, LP..(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 2 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC. (Attachments: # 1 Exhibit DOC006 Part 1, # 2 Exhibit DOC006 Part 2, # 3 Exhibit DOC007, # 4 Exhibit DOC008, # 5 Exhibit DOC009, # 6 Exhibit DOC010, # 7 Exhibit DOC011 through DOC034).(Parks, Kari) (Entered: |

| | | |
|---|---|---|
| | | 08/12/2024) |
| 08/12/2024 | 3 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC. (Attachments: # 1 Exhibit DOC078 through DOC122, # 2 Exhibit DOC123, # 3 Exhibit DOC124 through DOC181).(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 4 | STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC. (Attachments: # 1 Exhibit DOC203, # 2 Exhibit DOC204 through DOC217, # 3 Exhibit DOC218 through DOC225).(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 5 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC..(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 6 | NOTICE of Motion to Transfer Venue. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC..(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 7 | MOTION to Transfer Case . Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB |

| | | |
|---|---|---|
| | | 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC..(Parks, Kari) (Entered: 08/12/2024) |
| 08/12/2024 | 8 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** PROPOSED ORDER. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC. Related Document Number: 7 ..(Parks, Kari) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 8/13/2024 (tp). (Entered: 08/12/2024) |
| 08/13/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Kari Parks to RE-FILE Document No. 8 Proposed Order. The filing is deficient for the following reason(s): exhibit page is the first page. Remove the Exhibit page and Re-file the document using the event type Proposed Order found under the event list Proposed Orders - select the correct filer/filers - attach the correct signed (scanned signature image) and dated PDF. (tp)** (Entered: 08/13/2024) |
| 08/13/2024 | 9 | PROPOSED ORDER. Document filed by Arque Tax Receivable Fund (Maryland), LLC, EB 1EMIALA, LLC, EB 1EMIDC, LLC, EB 1EMIFL, LLC, EB 1EMIIN, LLC, EB 1EMIMD, LLC, EB 1EMINJ, LLC, EB 1EMINY, LLC, EB 1EMISC, LLC, EB 2EMIALA, LLC, EB 2EMIFL, LLC, EB 2EMIIN, LLC, EB 2EMIMD, LLC, EB 2EMINJ, LLC, EB 2EMINY, LLC, EB 2EMISC, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, Ebury Fund 1, LP, Ebury Fund 1FL, LLC, Ebury Fund 1NJ, LLC, Ebury Fund 2, LP, Ebury Fund 2FL, LLC, Ebury Fund 2NJ, LLC, Ebury RE, LLC, Ebury Street Capital, LLC, John Arthur Hanratty, RE 1EMI, LLC, RE 2EMI, LLC, Red Clover 1, LLC. Related Document Number: 7 ..(Parks, Kari) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/13/2024) |
| 08/13/2024 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Kari Parks. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (gp)** (Entered: 08/13/2024) |
| 08/13/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge John G. Koeltl. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(gp) (Entered: 08/13/2024) |
| 08/13/2024 | | Magistrate Judge Valerie Figueredo is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the |

| | | | |
|---|---|---|---|
| | | | following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (gp) (Entered: 08/13/2024) |
| 08/13/2024 | | | Case Designated ECF. (gp) (Entered: 08/13/2024) |
| 08/13/2024 | | 10 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1-31-2012) (gp) (Entered: 08/13/2024) |
| 08/13/2024 | | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 08/13/2024) |
| 08/13/2024 | | 11 | CIVIL COVER SHEET filed..(Parks, Kari) (Entered: 08/13/2024) |
| 08/14/2024 | | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 9 Proposed Order, was reviewed and approved as to form. (tp)** (Entered: 08/14/2024) |